AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| James Gerard Pepe III | ) | 3:25mj3012-KAR |
| a/k/a | ) | |
| Judith Pepe | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 4, 2025_____ in the county of _____Franklin_____ in the
_____judicial_____ District of _____Massachusetts_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §111(a)(1) | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:

Please see attached affidavit of Federal Bureau of Investigation Special Agent Michael Sheehan.

☑ Continued on the attached sheet.

*Electronically signed with authorization from*
*S/A Michael Sheehan on February 4, 2025.*

_____
/s/ Michael Sheehan
*Complainant's signature*

Michael Sheehan, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____02/04/2025_____

_____
/s/ Katherine A. Robertson
*Judge's signature*

City and state:  _____Springfield, Massachusetts_____

Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*

*Electronically signed with authorization from Katherine A. Robertson, U.S.M.J. on February 4, 2025.*