**Criminal Case Cover Sheet**   **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _____   **Investigating Agency** FBI/Capitol Police

**City** South Deerfield

**County** Franklin

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☐ No

**Defendant Information:**

Defendant Name   James Gerard Pepe III   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:   Judith Pepe

Address:   33 S. Main Street, #B, South Deerfield, MA

Birth date (Yr only): 1999   SSN (last 4#): 5652   Sex: Male   Race White   Nationality: USA

**Defense Counsel if known:** Benjamin O'Connor   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Thomas A. Barnico, Jr.   Bar Number if applicable: 696929

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: English

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** _____

**Arrest Date:** February 4, 2025

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/4/2025   Signature of AUSA: /s/ Thomas A. Barnico, Jr.

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | | | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM -* Criminal Case Cover Sheet.pdf   3/4/2013