UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES GERARD PEPE, III, a/k/a "Judith Pepe,"<br><br>Defendant. | Criminal No. 25CR30007-1<br><br>Violation:<br><br>Count One: Assaulting, resisting, or impeding certain officers or employees<br>(18 U.S.C. § 111(a)(1)) |

INDICTMENT

COUNT ONE

Assaulting, resisting, or impeding certain officers or employees
(18 U.S.C. § 111(a)(1))

The Grand Jury charges:

On or about February 4th, 2025, in Deerfield, in the District of Massachusetts, the defendant,

JAMES GERARD PEPE III, a/k/a "Judith Pepe,"

did, voluntarily and intentionally, forcibly assault, resist, oppose, impede intimidate and interfere with a person designated in 18 U.S.C. § 1114, that is, a Special Agent of the Federal Bureau of Investigation, while the Special Agent was engaged in the performance of his official duties, and did in the commission of such acts intentionally cause physical contact with the Special Agent.

All in violation of Title 18, United States Code, Section 111(a)(1).



A TRUE BILL

*K. Robinson*
FOREPERSON

*[signature]*
THOMAS A. BARNICO, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts:
Returned into the District Court by the Grand Jurors and filed.

*Melissa M. Rueia*
DEPUTY CLERK