JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** _____     **Category No.** _____     **Investigating Agency** FBI/Capitol Police

**City** South Deerfield

**County** Franklin

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. 25CR30007-1
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 3:25-mj-3012-KAR
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     Yes [ ]   No [ ]

Defendant Name: James Gerard Pepe III     Juvenile: Yes [ ]   No [✓]

Is this person an attorney and/or a member of any state/federal bar:   Yes [ ]   No [✓]

Alias Name: Judith Pepe

Address: 33 South Main Street, Unit B, South Deerfield, MA

Birth date (Yr only): 1999   SSN (last 4#): 5652   Sex: Male   Race: White   Nationality: USA

**Defense Counsel if known:** Bernard T. O'Connor, Jr.   Address: 1391 Main Street, Suit 1022, Harrison Place

Bar Number: _____

**U.S. Attorney Information**

AUSA: Thomas A. Barnico, Jr.   Bar Number if applicable: 696929

**Interpreter:** Yes [ ]   No [✓]     List language and/or dialect: English

**Victims:** Yes [✓]   No [ ]   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   Yes [ ]   No [✓]

**Matter to be SEALED:** Yes [ ]   No [✓]

[ ] Warrant Requested     [ ] Regular Process     [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** [ ] Complaint   [ ] Information   [✓] Indictment

**Total # of Counts:** [ ] Petty   [ ] Misdemeanor   [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/20/2025     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   James Gerard Pepe III

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 _____ | _____ | _____ |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

[ ]